IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALLSTATE TEXAS LLOYDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-1381 |
| | § | |
| WHIRLPOOL CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 20), this action is dismissed with prejudice.

SIGNED on May 14, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge